FILED
CLERK, U.S. DISTRICT COURT
9/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAVIER FRANCISCO LOERA-LIZARDE,<br>and<br>ROSALIO ONTIVEROS,<br><br>　　　　Defendants. | CR 2:22-cr-00404-MCS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.　OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, and continuing until on or about November 4, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendants JAVIER FRANCISCO LOERA-LIZARDE and ROSALIO ONTIVEROS conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 50 grams of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.  MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.  A co-conspirator would refer drug customers to defendant LOERA-LIZARDE.

2.  Defendant LOERA-LIZARDE would arrange to sell methamphetamine to customers.

3.  Defendant ONTIVEROS would provide defendant LOERA-LIZARDE methamphetamine to deliver to customers in exchange for payment.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants LOERA-LIZARDE and ONTIVEROS, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1:  Beginning on or about October 23, 2021, in text messages and phone calls using coded language, defendant LOERA-LIZARDE discussed selling fentanyl and methamphetamine to a person he believed to be a drug customer, but who was, in fact, a confidential source working with the Drug Enforcement Administration (the "Confidential Source").

Overt Act No. 2:  On or about November 3, 2021, in text messages and phone calls using coded language, defendant LOERA-LIZARDE arranged to sell methamphetamine and fentanyl to the Confidential Source in Long Beach, California the following day.

Overt Act No. 3:   On or about November 4, 2021, in text messages and phone calls using coded language, defendant LOERA-LIZARDE confirmed to the Confidential Source that he was waiting for the Confidential Source near the Long Beach, California area.

Overt Act No. 4:   On or about November 4, 2021, after the Confidential Source had arrived at the pre-arranged location in Signal Hill, California, defendant LOERA-LIZARDE met with the Confidential Source and told the Confidential Source to meet him at a different location on 67th Street in Los Angeles, California (the "67th Street address").

Overt Act No. 5:   On or about November 4, 2021, after defendant LOERA-LIZARDE arrived at the 67th Street address, he sent the Confidential Source an address on Atlantic Boulevard (the "Atlantic Boulevard address") in Los Angeles, California and told the Confidential Source to meet him there.

Overt Act No. 6:   On or about November 4, 2021, after departing the 67th Street address, defendant LOERA-LIZARDE met with defendant ONTIVEROS at the Atlantic Boulevard address.

Overt Act No. 7:   On or about November 4, 2021, after defendant LOERA-LIZARDE met with defendant ONTIVEROS at the Atlantic in text messages and phone calls using coded language, defendant LOERA-LIZARDE told the Confidential Source that defendant ONTIVEROS had the agreed-upon methamphetamine but not the fentanyl.

Overt Act No. 8:   On or about November 4, 2021, defendant ONTIVEROS possessed with intent to distribute at least 50 grams, that is, approximately 12.7 kilograms, of methamphetamine.

|   |   |
|---|---|
| 1 | COUNT TWO |
| 2 | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)] |
| 3 | [DEFENDANT ONTIVEROS] |

On or about November 4, 2021, in Los Angeles County, within the Central District of California, defendant ROSALIO ONTIVEROS knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 12.7 kilograms, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

    /s/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

SAMUEL J. DIAZ
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section